AO 442 (Rev. 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
для
Eastern District of Virginia

2015 FEB -9 P 2: 14

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America )
v. )
ANDRUS NOMM ) Case No. 1:12CR3
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANDRUS NOMM,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Racketeering (Count 1), Conspiracy to Commit Copyright Infringement (Count 2), Conspiracy to Commit Money Laundering (Count 3), Criminal Copyright Infringement & Aiding and Abetting of Criminal Copyright Infringement (Counts 4-8), Fraud by Wire & Aiding and Abetting of Fraud by Wire (Counts 9-13)

Date: 02/16/2012

*Issuing officer's signature*

Tenesha Cheatham, Deputy Clerk

City and state: Alexandria, VA

*Printed name and title*

### Return

This warrant was received on *(date)* 2/16/12, and the person was arrested on *(date)* 2/9/15
at *(city and state)* Alex, VA

Date: 2/9/15

*Arresting officer's signature*

Alley Busm

*Printed name and title*

By AUSA Jay Prabhu