Date: __02-13-15__ Judge: **LIAM O'GRADY**      Reporter:__N. Linnell__
Time:__9:10__ To __9:30__      Interpreter: _____
     Language: _____

UNITED STATES of AMERICA

       vs.

__ANDRUS NOMM_____      __1:12CR00003-008_____
Defendant's Name      Case Number

__Alan Yamamoto_____      __Jay Prabhu and Ryan Dickey___
Counsel for Defendant      Counsel for Government

Matter called for:
( ) Motions   ( X ) Setting Trial Date   ( ) Change of Plea Hrg.   ( ) Rule 35   ( X ) Arraignment
( ) Appeal from USMC   ( X ) Sentencing   ( ) Rule 20 & Plea   ( ) Probation/Supervised Release Hrg
( X ) Plea   ( ) Other: _____

Defendant appeared:      ( X ) in person      ( ) failed to Appear
                      ( X ) with Counsel   ( ) without counsel    ( ) through counsel
Filed in open court:

( ) Criminal Information   ( X ) Plea Agreement ( X ) Statement of Facts ( ) Waiver of Indictment
( ) Discovery Order

Arraignment & Plea:
( X ) WFA   ( ) FA   ( X )PG   ( )PNG   Trial by Jury: ( ) Demanded   ( ) Waived

Defendant entered Plea of Guilty as to Count _2s of the Superseding Indictment_

Court accepts plea. Defendant waived his right to a presentence report in open court and consented to proceed with sentencing. Defendant sentenced to ONE (1) YEAR PLUS ONE (1) DAY, with credit for time served (33 days) while in custody of the Netherlands and the United States; Three (3) Years Supervised Release w/special conditions: 1) shall comply with the standard conditions of supervised release as dir by PO; 2) shall abide by all conditions in the plea agreement. $100 special assessment. Consent Order of Forfeiture entered and filed in open court. Government's Motion to Dismiss Remaining Counts – GRANTED – Order entered and filed in open court. The Court recommends that the defendant be designated to Ft. Dix, New Jersey, to be near family. Defendant remanded.

Email P.O. : _X_