FEB 1 3 2015

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:12CR3 |
| | ) |
| ANDRUS NOMM, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR DISMISSAL OF REMAINING COUNTS OF SUPERSEDING INDICTMENT
AGAINST DEFENDANT ANDRUS NOMM

COMES NOW the United States of America, by and through its attorneys, Dana J.

Boente, United States Attorney for the Eastern District of Virginia, Jay V. Prabhu, Assistant

United States Attorney, and Ryan K. Dickey and Brian L. Levine, DOJ Senior Counsel, and

hereby moves this Honorable Court, upon the Court's acceptance of Defendant Andrus Nomm's

guilty plea to Count Two of the Superseding Indictment in the above-captioned case, to dismiss

the remaining counts (i.e., Counts 1, 3-13) of the Superseding Indictment as to Defendant Andrus

Nomm, pursuant to Federal Rule of Criminal Procedure 48(a) and the written plea agreement

between the United States and Defendant Andrus Nomm. The government asks that the Court

leave unaffected the counts against all other Defendants in criminal matter 1:12CR3.

Date: February 13, 2015

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney

LESLIE R. CALDWELL
ASSISTANT ATTORNEY GENERAL


Ryan K. Dickey
Brian L. Levine
Senior Counsel
U.S. Department of Justice, Criminal Division
Computer Crime & Intellectual Property Section