IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:12CR3 |
| | ) |
| ANDRUS NOMM, | ) |
| | ) |
| Defendant. | ) |

### ORDER DISMISSING REMAINING COUNTS OF SUPERSEDING INDICTMENT AGAINST DEFENDANT ANDRUS NOMM

After reviewing the Government's Motion for Dismissal of Remaining Counts of Superseding Indictment Against Defendant Andrus Nomm, made pursuant to Federal Rule of Criminal Procedure 48(a) and the written plea agreement between the United States of America and Defendant Andrus Nomm, and upon the Court's acceptance of Defendant Andrus Nomm's guilty plea to Count Two of the Superseding Indictment, it is HEREBY ORDERED THAT the motion is GRANTED and the remaining counts (namely, Counts 1, 3-13) of the Superseding Indictment against Defendant Andrus Nomm are DISMISSED. This Order shall not affect the pending counts against any other defendant in criminal matter 1:12CR3.

Date: February 13, 2015
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge
THE HONORABLE LIAM O'GRADY
UNITED STATES DISTRICT JUDGE